No. 88–1590. RUSSELL v. PENNSYLVANIA. Ct. Common Pleas of Lancaster County, Pa. Certiorari denied.

No. 88–1593. SPARKS v. ARMSTRONG RUBBER CO. C. A. 6th Cir. Certiorari denied.

No. 88–1594. WINROD ET VIR v. FORD MOTOR CO. ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 88–1605. LUPO ET AL. v. R. ROWLAND & CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1608. CEDAR CREST #10, INC. v. CITY OF DALLAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 88–1612. HODGE v. KELLY ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1613. DOWLING v. ALABAMA STATE BAR. Sup. Ct. Ala. Certiorari denied.

No. 88–1614. MOLINA v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 88–1622. MITCHELL v. BOARD OF TRUSTEES OF THE LOS ANGELES COMMUNITY COLLEGE DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1631. CUMMINGS v. ACF INDUSTRIES ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 88–1632. RAHMANI v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 88–1645. CRUZ v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–1646. LAUPOT v. BERLEY, EXECUTOR OF THE ESTATE OF BERLEY. C. A. 4th Cir. Certiorari denied.

No. 88–1655. FLORES v. DISTRICT OF COLUMBIA RENTAL HOUSING COMMISSION ET AL. Ct. App. D. C. Certiorari denied.